IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONTAY KENNEDY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BARRY SMITH, et al. | : | NO. 22-238-JMY |

O R D E R

JOHN M. YOUNGE, J.

AND NOW, this 22nd day of July, 2022, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Scott W. Reid, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DENIED IN PART and DISMISSED IN PART; there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ *John Milton Younge*
JOHN M. YOUNGE, J.